UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

JERRY WEISSMAN, ET AL

    Plaintiff(s), Petitioner(s)

*against*

SHMUEL WASSERMAN AND CHAIM WASSERMAN

    Defendant(s), Respondent(s)

---

ATTORNEY: Moritt, Hock & Hamroff LLP.

Index No.: 2:14-CV-02006-WJM-MF

DATE OF FILING: 4/1/2014

## AFFIDAVIT OF SERVICE

STATE OF N.J.: COUNTY OF PASSAIC: ss:

I, Manuel Bayo, being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in the state of , NJ.

That on April 7, 2014 at 7:10 PM at 87 Amsterdam Avenue, Passaic, NJ 07055, deponent served the Summons in a Civil Action & Civil Complaint & Civil Cover Sheet upon Shmuel Wasserman, defendant/respondent/recipient herein .

Said service was effected in the following manner;

By delivering thereat a true copy *of each* to Steve Mermelstein, Co-Tenant, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant/respondent/recipient actual place of residence and their reply was affirmative.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:   Sex: **Male** Skin: **White** Hair: **Bald** Age(Approx): **45** Height(Approx): **5' 10"** Weight(Approx): **250-275 lbs** Other: **Glasses**

On April 8, 2014, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the defendant/respondent/recipient at defendant/respondent/recipient place of residencein an official depository and by First Class Mail, under the exclusive care of the United States Postal Service within New Jersey State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant/respondent/recipient.

I asked the person spoken to if the defendant/respondent/recipient was in active military service of the United States or the State of New Jersey in any capacity and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant/respondent/recipient is not in the military service of New Jersey State or the United States as that term is defined in the statues of New Jersey State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Manuel Bayo,

Sworn to before me on April 14th 2014

_____
Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/

Executive Attorney Services, 585 Stewart Ave, Ste LL-16, Garden City, NY 11530 (516) 333-3447

Case No.: 161128