UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
---------------------------------------------------------------X

JERRY WEISSMAN AND BARBARA WEISSMAN,        Case No. 2:14-cv-02006 (WJM/MF)

Plaintiffs,

-against-        **STIPULATION**
**DISCONTINUING ACTION**
**WITH PREJUDICE AGAINST**
SHMUEL WASSERMAN and        **CHAIM WASSERMAN ONLY**
CHAIM WASSERMAN,

Defendants.
---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is

an infant, incompetent person for whom a committee has been appointed or conservatee and no

person not a party has an interest in the subject matter of the action, the above-entitled action be,

and the same hereby is, discontinued with prejudice as against Chaim Wasserman only, without

costs to any party as against the other.  This Stipulation may be signed in counterparts and may

by filed without further notice with the Clerk of the Court.

Dated: Garden City, New York
       June 18, 2014

MORITT HOCK & HAMROFF, LLP        KLAPPER & FASS
Attorneys for Plaintiffs Jerry Weissman        Attorneys for Defendants Shmuel
and Barbara Weissman        Wasserman and Chaim Wasserman

By: _____        By: _____
       Lee J. Mendelson        Joshua H. Klapper
400 Garden City Plaza        170 Hamilton Avenue, Suite 318
Garden City, NY  11530        White Plains, NY  10601
(516) 873-2000        (914) 287-6466

591528v1